No. 87–1703. ROBERTSON, CHIEF OF THE FOREST SERVICE, ET AL. v. METHOW VALLEY CITIZENS COUNCIL ET AL.; and

No. 87–1704. MARSH, SECRETARY OF THE ARMY, ET AL. v. OREGON NATURAL RESOURCES COUNCIL ET AL. C. A. 9th Cir.

[Certiorari granted, 487 U. S. 1217.] Motion of the Solicitor General to dispense with printing the joint appendix granted. Motion of Pacific Legal Foundation for leave to file a brief as *amicus curiae* granted.